CRM 107

Coelton Lynch. 512502
3060 Fm. 3514 Stiles
Beaumont, texas 77705

Sept. 1, 2015.

Re. Cause # 513,103
COA.# 10-89-143-CR.

RECEIVED
SEP 0 4 2015
COURT OF APPEALS
WACO, TEXAS

Dear Clerk, Shari Roessler,

Ma,am I am, presently at the above address, I am writting your office in regards to the Cause Number above.

I would like to inform this Court that my Appeal Attorney Mr. Ricky H. Rogers failed to notify me anything in regards to my Appeal, and when my Conviction was affirmed.

I would like to request if your office would Please send me a Copy of All my trial transcripts, Appellate's brief, State's Brief, and Tenth Court of Appeals opinion since I have never received notice from my Appeal attorney, or, and send me a list of items I can request from the Tenth Court of Appeal in Waco.

I would be most grateful to the Tenth Court of Appeal and the same may be sent to the above address.

Thank you for your time, and attention into my request.

Respectfully,
Coelton Lynch.

(1)



Carlos Lynch 578542
6100 Fm 3514 Stiles
Beaumont, Texas 77705

RECEIVED
SEP 04 2015
COURT OF APPEALS
WACO, TEXAS

10th Court of Appeals
Dist. Clerk Ms. Sharri Roessler
501 Washington Ave., ste 415
Waco, Texas 76701

76701137315